UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| LRP MUSHROOMS, INC. | : | |
| Debtor | : | Bankruptcy No. 09-18529 |

................................................

ORDER

................................................

AND NOW, this 13th day of July 2010, for the reasons stated in the accompanying memorandum, it is hereby ordered as follows:

1. The debtor's motion to assume Fieni lease of mushroom plant 1, dated March 1998 and amended October 2006, consisting of "four (4) double mushroom houses situate on Penn Green Road (and the closest to the intersection of Starr Road), Landenberg, Pennsylvania," is granted;

2. The debtor's motion to reject Fieni leases of mushroom plants 2 and 3—a lease beginning in July 1993 and amended in October 2006, consisting of "four double mushroom houses and dirt shed situate on Penn Green Road, Landenberg, Pennsylvania," and another lease dated February 1999 and amended October 2006, consisting of "four (4) double mushroom houses and one (1) single mushroom house situate on the north side of Penn Green Road, Landenberg, Pennsylvania"—is granted.

3. The debtor is directed to cure all lease defaults under the plant 1 lease in payments not less than $2,000 per month and over a period not to exceed 12 months from the date of this order.

Upon proper motion of a party in interest, a further hearing shall be held to determine the amount of the rejection damages owing to Mr. Fieni under the leases for plants 2 and 3.

*[signature: Bruce Fox]*

BRUCE FOX
United States Bankruptcy Judge

copies to:

Albert A. Ciardi, III
Ciardi Ciardi & Astin, P.C.
One Commerce Square
2005 Market Street, Suite 1930
Philadelphia, PA 19103

Michael R. Perna, Esq.
Perna & Abracht, LLC
610 Millers Hill
PO Box 96
Kennett Square, PA 19348

Michael H. Kaliner, Esq.
Jackson, Cook, Caracappa & Bloom
312 Oxford Valley Road
Fairless Hills, PA 19030

Edmond M. George, Esq.
Obermayer Rebmann Maxwell & Hippel, LLP
1617 John F. Kennedy Blvd.
One Penn Center, Suite 1900
Philadelphia, PA 19103